UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMELINDO ESCOBAR MONTIEL, et al._____Plaintiffs,<br><br>-v-<br><br>SHAMROCK SALLOON II LLC, et al.,_____Defendants. | 17 Civ. 5550 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' motion to reopen this case. Dkt. 81. Defendants' opposition is due August 7, 2020, and plaintiffs' reply, if any, is due August 14, 2020.

SO ORDERED.

                                                                                     Paul A. Engelmayer
                                                                                     United States District Judge

Dated: July 24, 2020
           New York, New York

1