UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMELINDO ESCOBAR MONTIEL, et al.,<br><br>                              Plaintiff,<br>             -v-<br><br>SHAMROCK SALOON II LLC, et al.,<br><br>                              Defendants. | 17 Civ. 5550 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On August 26, 2020, the Court vacated the parties' settlement agreement and reopened this case. Dkt. 85 ("Ltr."). The Court further ordered that all depositions be completed September 14, 2020. *Id.* On September 10, 2020, the Court received a letter from plaintiffs requesting an extension of time to complete depositions and an order compelling defendants to appear for depositions on September 15 and September 16. Dkt. 86.

The Court understands that the defendants have proposed to plaintiffs a two-week extension, and that plaintiffs have agreed to this extension. Ltr. at 1 n.2. The Court accordingly grants an extension of two weeks to complete depositions. All depositions must be completed by September 28, 2020. **No further extensions will be granted**.

The Clerk of Court is respectfully directed to terminate the letter motion pending at docket 86.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2020
      New York, New York