UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMELINDO ESCOBAR MONTIEL, et al.,

Plaintiff,

-v-

SHAMROCK SALOON II LLC, et al.,

Defendants.

17 Civ. 5550 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 26, 2020, the Court vacated the parties' settlement agreement and reopened

this case. Dkt. 85 ("Ltr."). The Court further ordered that all depositions be completed

September 14, 2020. *Id.* On September 10, 2020, the Court received a letter from plaintiffs

requesting an extension of time to complete depositions and an order compelling defendants to

appear for depositions on September 15 and September 16. Dkt. 86.

The Court understands that the defendants have proposed to plaintiffs a two-week

extension, and that plaintiffs have agreed to this extension. Ltr. at 1 n.2. The Court accordingly

grants an extension of two weeks to complete depositions. All depositions must be completed by

September 28, 2020. **No further extensions will be granted**.

The Clerk of Court is respectfully directed to terminate the letter motion pending at

docket 86.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2020
       New York, New York