# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020                            Telephone: (212) 317-1200
New York, New York 10165                              Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

September 18, 2020

**Sent Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

        Re:    Escobar Montiel et al v. Shamrock Saloon II LLC et al;
                     17-cv-05550-PAE

Dear Judge Engelmayer:

      I am counsel to the Plaintiffs in the above-referenced matter. I write to respectfully request Defendants be compelled to appear for depositions to be conducted on September 22, 2020 and September 23, 2020 and for Defendants to provide the needed information to set up a remote deposition. This is Plaintiffs' second motion to compel. Until approximately 2pm, Friday September 18, 2020, Defense counsel did not provide the undersigned a time for a call to be able to meet and confer[1].

      We thank the Court for its attention to this matter.

Granted. Defendants are ordered to appear for depositions on September 22 and September 23.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy

SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER
United States District Judge

September 18, 2020

---

[1] Emails sent to Defense counsel are attached as Exhibit A.

# EXHIBIT A

# Gennadiy Naydenskiy

**Subject:** FW: Activity in Case 1:17-cv-05550-PAE Escobar Montiel et al v. Shamrock Saloon II LLC et al Order on Motion to Compel

---

**From:** Gennadiy Naydenskiy <gnaydenskiy@faillacelaw.com>
**Sent:** Friday, September 18, 2020 2:11 PM
**To:** Vince M. Avery <VAvery@fordharrison.com>
**Cc:** Brenda Tapia <brenda@faillacelaw.com>
**Subject:** Re: Activity in Case 1:17-cv-05550-PAE Escobar Montiel et al v. Shamrock Saloon II LLC et al Order on Motion to Compel

I'm not available tomorrow.

Please provide the necessary info so we cant set up the depositions. Please confirm by 3pm today that Defendants will appear for their noticed depositions on 9/22 and 9/23.

> On Sep 18, 2020, at 1:57 PM, Vince M. Avery <VAvery@fordharrison.com> wrote:
>
> Can you talk tomorrow? All day will work
>
> Vincent Avery, Esq.
> Partner
> FordHarrison, LLP
> 60 East 42nd Street, 51st Floor
> New York, NY 10165
> P: 212-453-5935
> C: 609-947-0451
>
>> On Sep 16, 2020, at 10:04 AM, Gennadiy Naydenskiy <gnaydenskiy@faillacelaw.com> wrote:
>>
>> Hi Vincent,
>>
>> I haven't heard back from you. Are you available today to discuss?
>>
>> Please confirm Defendants attendance at their noticed depositions. Also, please provide me the info needed to conduct remote depositions.
>>
>> **From:** Gennadiy Naydenskiy
>> **Sent:** Friday, September 11, 2020 1:46 PM
>> **To:** Vince M. Avery <VAvery@fordharrison.com>

1

**Cc:** Brenda Tapia <brenda@faillacelaw.com>
**Subject:** FW: Activity in Case 1:17-cv-05550-PAE Escobar Montiel et al v. Shamrock Saloon II LLC et al Order on Motion to Compel

Vincent,

I will be conducted depositions of Defendants on 9/22/20 and 9/23/20. Notices will be sent to you shortly. Please confirm Defendants attendance.

By 9/15/20 provide the info needed to conduct remote depositions.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, September 10, 2020 4:46 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:17-cv-05550-PAE Escobar Montiel et al v. Shamrock Saloon II LLC et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/10/2020 at 4:46 PM EDT and filed on 9/10/2020

| | |
|---|---|
| **Case Name:** | Escobar Montiel et al v. Shamrock Saloon II LLC et al |
| **Case Number:** | 1:17-cv-05550-PAE |
| **Filer:** | |
| **Document Number:** | 87 |

**Docket Text:**
**ORDER granting [86] Letter Motion to Compel. The Court accordingly grants an extension of two weeks to complete depositions. All depositions must be completed by September 28, 2020. No further extensions will be granted. The Clerk of Court is respectfully directed to terminate the letter motion pending at docket 86. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/10/20) (yv)**

**1:17-cv-05550-PAE Notice has been electronically mailed to:**

Michael Antonio Faillace    michael@faillacelaw.com, brenda@faillacelaw.com, ctucker@faillacelaw.com, dtannenbaum@faillacelaw.com, fgomez@faillacelaw.com, jbarton@faillacelaw.com, jorge@faillacelaw.com, kjohnson@faillacelaw.com, paralegal10@faillacelaw.com, paralegal11@faillacelaw.com, paralegal12@faillacelaw.com, paralegal15@faillacelaw.com,

paralegal4@faillacelaw.com, paralegal6@faillacelaw.com, paralegal7@faillacelaw.com, paralegal9@faillacelaw.com, reception@faillacelaw.com, stephanie@faillacelaw.com

Vincent Mantella Avery    vavery@fordharrison.com, VAvery@fordharrison.com, lpfeiffer@fordharrison.com

Gennadiy Naydenskiy    naydenskiylaw@gmail.com, gnaydenskiy@faillacelaw.com

Haleigh Amant    hamant@faillacelaw.com

**1:17-cv-05550-PAE Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/10/2020] [FileNumber=24580448-0] [9848e846679a8395f9a94ea99b36f166c457c46235416436d5a31251350cac263f34a519687e8c9783866655a9e91f15156bad9cefe9672ebdb6b92f7f5165e8]]

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*



The information contained in this message from Ford & Harrison LLP and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments. In the absence of an executed engagement letter or fee contract, no attorney client relationship is established by this communication.