UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMELINDO ESCOBAR MONTIEL, et al.,

                      Plaintiff,

-v-

SHAMROCK SALOON II LLC, et al.,

                      Defendants.

17 Civ. 5550 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In light of the Yom Kippur holiday, the Court will extend the deadline for depositions until Friday, October 2, 2020, but will not extend the deadline further. To ensure that the two outstanding depositions are taken without the need for further application to the Court, the Court orders that the first of these depositions (the one originally noticed for September 3, 2020) occur on Wednesday, September 30, 2020, and that the second (the one originally noticed for September 4, 2020) occur on October 1, 2020. These dates may be moved on mutual consent of the parties, but they may be moved on consent only until October 2, 2020 and no later. **For avoidance of doubt, counsel for both sides, and the witness, are directed to attend on the dates indicated. Failure to do so, absent a court order affirmatively so authorizing, will subject the non-appearing counsel or witness to contempt sanctions**. Counsel for each side is to serve this notice forthwith on each deponent and is to file a declaration of service on the docket of this case by 3 p.m. tomorrow, September 25, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 24, 2020
       New York, New York