UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMELINDO ESCOBAR MONTIEL, et al.,

                          Plaintiff,

-v-

SHAMROCK SALOON II LLC, et al.,

                          Defendants.

17 Civ. 5550 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    In light of the extension of time to complete the deposition of John Sullivan, Dkt. 97, the case management conference presently scheduled for October 26, 2020 at 10:30 a.m. is rescheduled to November 16, 2020 at 10:30 a.m.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: October 2, 2020
          New York, New York