UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMELINDO ESCOBAR MONTIEL, et al.,

                        Plaintiffs,

            -v-

SHAMROCK SALOON II LLC, et al.,

                        Defendants.

17 Civ. 5550 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Plaintiffs have filed a third motion to strike defendants' answer and to enter default judgment against defendants. Dkt. 99. As the time to complete the depositions of the corporate defendants has now passed, the Court sets the following schedule for the motion to strike:

- Defendants' opposition is due October 28, 2020;
- Plaintiffs' reply is due November 4, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2020
         New York, New York