UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERMELINDO ESCOBAR MONTIEL, et al.,<br><br>                            Plaintiffs,<br>             -v-<br><br>SHAMROCK SALOON II LLC, et al.,<br><br>                            Defendants. | 17 Civ. 5550 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court adjourns *sine die* the conference in this case scheduled for Monday, November 16, 2020, at 10:30 a.m. The Court will first resolve plaintiffs' pending motions to strike defendant's answer and for entry of a default judgment, Dkt. 99, and will thereafter determine whether there is a need for a conference.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: November 12, 2020
           New York, New York