UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMELINDO ESCOBAR MONTIEL, et al.,

                              Plaintiffs,

-v-

SHAMROCK SALOON II LLC, et al.,

                              Defendants.

17 Civ. 5550 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's telephonic conference, the Court denied without prejudice plaintiffs' pending motions to strike. *See* Dkts. 93, 95, 99. The Court also set the date to complete the outstanding depositions for August 10, 2021. By end of day tomorrow, July 14, 2021, plaintiffs' counsel is directed to send to defense counsel a letter proposing three dates for each of the outstanding depositions. Defense counsel is to promptly select dates from that list and schedule the outstanding depositions. No further extensions will be granted.

A telephonic case management conference is scheduled for September 15, 2021, at 4 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

The Clerk of Court is respectfully directed to terminate the motions pending at dockets 93, 95, 99.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 13, 2021
New York, New York