UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMELINDO ESCOBAR MONTIEL, et al.,

                        Plaintiffs,

-v-

SHAMROCK SALOON II LLC, et al.,

                        Defendants.

17 Civ. 5550 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's telephonic conference, the Court extended fact discovery until September 24, 2021, for the limited purpose of enabling plaintiffs' depositions of John Sullivan and Shamrock Saloon I LLC (d/b/a/ McFadden's) ("Shamrock"). These are to be taken on September 21, 2021, unless the parties agree on another date on or before September 24, 2021. The Court instructed the parties that it will enter default judgment as to liability against the defendants should they fail to produce Sullivan and Shamrock for the scheduled depositions, unless plaintiffs have withdrawn the request to take the depositions. The Court also instructed the parties to submit their agreed-upon consent order for default judgment as to Shamrock Saloon II, LLC (d/b/a Calico Jack's Cantina) no later than September 17, 2021. Additionally, the Court set the following due dates, for which there will be no extensions:

- October 15, 2021: Joint Pretrial Order and opening motions *in limine*.
- October 22, 2021: Oppositions to opening motions *in limine*.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 15, 2021
      New York, New York