UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERMELINDO ESCOBAR MONTIEL, et al.,

                            Plaintiffs,

-v-

SHAMROCK SALOON II LLC, et al.,

                            Defendants.

17 Civ. 5550 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Counsels' request, communicated telephonically, to submit an agreed-upon consent order for default judgment as to Shamrock Saloon II, LLC (d/b/a Calico Jack's Cantina) ("Shamrock"), pursuant to the Court's September 15, 2021 order (Dkt. 113), without a direct client signature, is granted. Counsels' signatures will suffice.

    SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: September 24, 2021
         New York, New York