**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

HERMELINDO ESCOBAR MONTIEL,
MARIANO CARCAMO and FERNANDO
ROBERTO BEATRIZ DE LA CRUZ,
*individually and on behalf of others similarly situated,*

                        *Plaintiff,*

-against-

SHAMROCK SALOON II, LLC
(d/b/a CALICO JACK'S CANTINA),
SHAMROCK SALOON I LLC. (d/b/a
MCFADDEN'S), and JOHN
SULLIVAN,

                        *Defendants.*

-------------------------------------------------------X

**CONSENT JUDGMENT**

**17-cv-05550 (PAE)**

**COLLECTIVE ACTION**
**UNDER 29 U.S.C. § 216(b)**

**ECF Case**

Pursuant to the parties' agreement, the Court hereby renders Judgment as follows:

Judgment is entered in favor of HERMELINDO ESCOBAR MONTIEL, MARIANO CARCAMO and FERNANDO ROBERTO BEATRIZ DE LA CRUZ, against Defendants SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA) and JOHN SULLIVAN, jointly and severally, in the amount of $497,023.18, consisting of damages for HERMELINDO ESCOBAR MONTIEL, MARIANO CARCAMO and FERNANDO ROBERTO BEATRIZ DE LA CRUZ, of 298,213.91, and attorneys' fees and costs of $198,809.27.

We stipulate to and request entry of this consent judgment.

SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA),

By: _____
      Vincent Avery, Esq.

CORPORATE ACKNOWLEDGMENT OF SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA)

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF _____ )

On the ___ day of _____, 2022, before me personally came _____ _____ as the Chief Executive Officer of SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA), to me known who, being by me duly sworn, did depose that he is the Chief Executive Officer SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA), and that he is the individual described in and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

_____
Notary Public