UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
HERMELINDO ESCOBAR MONTIEL,
MARIANO CARCAMO and FERNANDO
ROBERTO BEATRIZ DE LA CRUZ,
*individually and on behalf of others similarly situated*,

            *Plaintiff*,

-against-

SHAMROCK SALOON II, LLC
(d/b/a CALICO JACK'S CANTINA),
SHAMROCK SALOON I LLC. (d/b/a
MCFADDEN'S), and JOHN
SULLIVAN,

           *Defendants*.
-------------------------------------------------------X

**CONSENT JUDGMENT**

**17-cv-05550 (PAE)**

**COLLECTIVE ACTION
UNDER 29 U.S.C. § 216(b)**

**ECF Case**

Pursuant to the parties' agreement, the Court hereby renders Judgment as follows:

Judgment is entered in favor of HERMELINDO ESCOBAR MONTIEL, MARIANO CARCAMO and FERNANDO ROBERTO BEATRIZ DE LA CRUZ, against Defendants SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA) and JOHN SULLIVAN, jointly and severally, in the amount of $497,023.18, consisting of damages for HERMELINDO ESCOBAR MONTIEL, MARIANO CARCAMO and FERNANDO ROBERTO BEATRIZ DE LA CRUZ, of 298,213.91, and attorneys' fees and costs of $198,809.27.

We stipulate to and request entry of this consent judgment.

SHAMROCK SALOON II, LLC (d/b/a CALICO JACK'S CANTINA),

By: _____
    Vincent Avery, Esq.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
2/4/2022