UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HERMELINDO ESCOBAR MONTIEL,

                        Plaintiff,

            -v-

SHAMROCK SALOON II LLC, d/b/a Calico Jacks
Cantina, SHAMROCK SALOON I LLC, d/b/a
McFadden's, and JOHN SULLIVAN,

                        Defendants.
------------------------------------------------------------------X

17 Civ. 5550 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 4, 2022, having been advised by the parties that defendants Shamrock Saloon II, LLC (d/b/a Calico Jack's Cantina) ("Shamrock Saloon II") and John Sullivan consented to the entry of judgment against them, the Court entered such judgment. Dkt. 124. The Clerk of Court thereafter terminated the case in its entirety. However, defendant Shamrock Saloon I LLC (d/b/a McFadden's) was not included in the consent judgment, and the parties have subsequently clarified that they inadvertently identified John Sullivan alongside Shamrock Saloon II in their proposed order for consent judgment. *See* Dkt. 125. Accordingly, the Clerk of Court is respectfully directed to re-open the case and to terminate as a defendant only Shamrock Saloon II.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: February 9, 2022
       New York, New York