```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
HERMELINDO ESCOBAR MONTIEL et al.,                  :
                                                    :       17 Civ. 5550 (PAE)
                              Plaintiffs,           :
                                                    :            ORDER
                                                    :
              -v-                                   :
                                                    :
SHAMROCK SALOON II LLC, d/b/a Calico Jacks          :
Cantina, SHAMROCK SALOON I LLC, d/b/a               :
McFadden's, and JOHN SULLIVAN,                      :
                                                    :
                              Defendants.           :
                                                    X
------------------------------------------------------------------------
```

PAUL A. ENGELMAYER, District Judge:

The final pretrial conference in this case, currently scheduled for April 7, 2022 at 4 p.m., is adjourned and rescheduled to May 2, 2022 at 4 p.m. The conference will be held in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007—the same courtroom in which trial will be held. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-l9-coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

The parties' proposed *voir dire* questions, jury instructions, and verdict forms, must be filed by April 15, 2022. Any oppositions to those materials are due April 22, 2022. Given the parties' failure to submit such materials by the deadline previously ordered by the Court, *see* Dkt. 127, counsel is reminded that the deadlines set forth in the Court's orders are deadlines, not

suggestions. Further, the parties having failed to submit any motions *in limine* by the date previously ordered, *see* Dkt. 118, the Court understands that there are none to be filed.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 31, 2022
New York, New York