UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HERMELINDO ESCOBAR MONTIEL,
MARIANO CARCAMO, and FERNANDO
ROBERTO BEATRIZ DE LA CRUZ,
*individually and on behalf of others similarly
situated*,

*Plaintiffs*,

-against-

SHAMROCK SALOON I LLC. (d/b/a
MCFADDEN'S), and JOHN SULLIVAN,

Defendants.
-----------------------------------------------------------X

17-cv-05550-PAE

(PROPOSED) JUDGMENT

WHEREAS on or about May 4, 2022, Defendants SHAMROCK SALOON I LLC. (d/b/a MCFADDEN'S), and JOHN SULLIVAN (collectively, "Defendants") extended to Plaintiffs HERMELINDO ESCOBAR MONTIEL, MARIANO CARCAMO, and FERNANDO ROBERTO BEATRIZ DE LA CRUZ ("Plaintiffs") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Ten Thousand Dollars and Zero Cents ($10,00.00), and whereas said Plaintiffs accepted said offer on or about May 4, 2022.

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of Ten Thousand Dollars and Zero Cents ($10,00.00).

Dated: New York, New York

\_\_\_\_\_May 4\_\_\_, 2022

*/s/ Paul A. Engelmayer*
JUDGE PAUL A. ENGELMAYER, U.S.D.J.
United States District Judge